IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| R.O.T., | * | |
| Petitioner, | * | |
| vs. | * | CASE NO. 4:26-cv-366-CDL-CHW |
| Jason Streeval, Warden, Stewart Detention Center; et al., | * | 28 U.S.C. § 2241 |
| | * | |
| Respondents. | * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 25, 2026 is hereby approved, adopted, and made the Order of the Court. The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.[1]

IT IS SO ORDERED, this 22nd day of October, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

[1] The Court is skeptical as to whether jurisdiction exists here, but to the extent that it does, the Court finds that Petitioner is not entitled to the relief he seeks for the reasons explained in the Magistrate Judge's recommendation.