IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ROBEL OCBAZGI TESFAI, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-366-CDL-CHW |
| | * | |
| JASON STREEVAL, Warden, Stewart Detention Center, *et al.*, | * | |
| Respondents. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated 10/22/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of October, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk